■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ALEX, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered on or about May 15, 2008, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Abdus-Salaam, JJ.